## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | P. Michael Mahoney | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50039 - 1 | **DATE** | 8/16/2008 |
| **CASE TITLE** | USA vs. RAMON MITCHELL | | |

**DOCKET ENTRY TEXT:**

Initial appearance proceedings held.  Defendant appears in response to arrest.  Court appoints Paul Gaziano as counsel. Defendant informed of rights.  Financial affidavit due August 25, 2008. USA moves for detention.  Detention hearing/Preliminary hearing set for August 20, 2008 at 10:00 am.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | GG |
|---|---|---|

Case 3:08-cr-50039    Document 2    Filed 08/16/2008    Page 1 of 1

08CR50039 - 1 USA vs. RAMON MITCHELL    Page 1 of 1