AO 470 (Rev. 8/85) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __ILLINOIS__

UNITED STATES OF AMERICA

V.

RAMON MITCHELL

_Defendant_

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT

Case Number: 8CR50039-1

Upon motion of the __United States__, it is ORDERED that a detention hearing is set for __August 20, 2008__ * at __10:00 am.__
_Date_ _Time_

before __HONORABLE P. MICHAEL MAHONEY, MAGISTRATE JUDGE__
_Name of Judicial Officer_

__ROCKFORD, IL__
_Location of Judicial Officer_

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( _____ ) and produced for the hearing.
_Other Custodial Official_

Date: __August 16, 2008__

_Judicial Officer_

**FILED**

AUG 16 2008

MAGISTRATE JUDGE P. MICHAEL MAHONEY
United States District Court

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.