# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)
IN THE CASE OF

_____ VS. _____
FOR
AT

**FILED**
AUG 2 0 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

LOCATION NUMBER

PERSON REPRESENTED (Show your full name): **RAMON V. MITCHELL**

CHARGE/OFFENSE (describe if applicable & check box →) ☒ Felony  ☐ Misdemeanor

1 ☐ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

DOCKET NUMBERS
Magistrate:
District Court: **08CR50039**
Court of Appeals:

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
Are you now employed? ☐ Yes  ☒ No  ☐ Am Self Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment. How much did you earn per month? $ **01/07 — $1000.00**
If married is your Spouse employed? **N/A** ☐ Yes ☐ No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes  ☒ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $ _____

**CASH**
Have you any cash on hand or money in savings or checking account ☐ Yes  ☒ No  IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes  ☒ No
IF YES, GIVE THE VALUE AND DESCRIBE IT $ _____

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS: ☒ SINGLE  ☐ MARRIED  ☐ WIDOWED  ☐ SEPARATED OR DIVORCED
Total No. of Dependents: **1**
List persons you actually support and your relationship to them: _____

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
|  | CHILD SUPPORT | $ | $ 151.92 |
|  | RESTITUTION | $ 7000.00 | $ |
|  |  | $ | $ |
|  |  | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) **08/18/08**

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ *Ramon Mitchell*