UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 50039 |
| vs. | ) | Violation: Title 18, |
| | ) | United States Code, |
| RAMON V. MITCHELL, | ) | Section 2113(a) |
| ERIC D. CARTER, | ) | |
| TREMAIN R. GORDON, and | ) | |
| EMILY M. JONES | ) | |

The FEBRUARY 2008 GRAND JURY charges:

On or about August 14, 2008, at Roscoe, in the Northern District of Illinois, Western Division,

RAMON V. MITCHELL,
ERIC D. CARTER,
TREMAIN R. GORDON, and
EMILY M. JONES,

defendants herein, by intimidation did take from the person and presence of bank employees known to the Grand Jury approximately $122,992, belonging to and in the care, custody, control, management, and possession of the Blackhawk Bank, 5206 Elevator Road, Roscoe, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(a).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY

No.: 08 CR 50039

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA

vs.

RAMON MITCHELL, ERIC CARTER, TREMAIN GORDON, & EMILY JONES

**INDICTMENT**

Violation(s): Title 18, United States Code, Section 2113(a)

A true bill,

_____
Foreman

Filed in open court this ____ day of _____ A.D. 20__

_____
Clerk

Bail, $ _____

FILED
AUG 2 6 2008
MAGISTRATE JUDGE P. MICHAEL MAHONEY
United States District Court