Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | P. Michael Mahoney | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50039-1,2,3&4 | **DATE** | August 26, 2008 |
| **CASE TITLE** | USA VS R. MITCHELL, E. CARTER, T. GORDON & E. JONES | | |

**MOTION:**

[In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

## GRAND JURY PROCEEDINGS

**DOCKET ENTRY:**

The Grand Jury for the February 2008 Session, a quorum being present,
returns the above-entitled indictment in open Court this date before
HONORABLE JUDGE P. MICHAEL MAHONEY
Arraignment and pleas set for August 27, 2008 at 10:30 am and 11:00 am.

Grand Jury for the February 2008 Session,

By: _____ Foreperson.

United States Attorney: Joseph Pedersen

(11)  ☐  [For further detail see order (on reverse side of/attached to) the original minute order.]

| | | | Document Number |
|---|---|---|---|
| | No notices required, advised in open court. | | |
| | No notices required. | number of notices | |
| | Notices mailed by judge's staff. | | |
| | Notified counsel by telephone. | date docketed | |
| ✓ | Docketing to mail notices. | | |
| | Mail AO 450 form. | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | |
| GG | courtroom deputy's initials | date mailed notice | |
| | | Date/time received in central Clerk's Office | mailing deputy initials |

FILED

AUG 26 2008

MAGISTRATE JUDGE P. MICHAEL MAHONEY
United States District Court